In the Matter of the Application of LINDSAY D. N. HUTCHINS, Respondent, for a Mandamus Order against THE BOARD OF SUPERVISORS OF PUTNAM COUNTY, NEW YORK, Appellants.— Peremptory mandamus order unanimously affirmed on

the law and not in the exercise of discretion, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.